**Order filed March 19, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01093-CV
_____

### RITRICE SE'VILLE WEBB, Appellant

### V.

### HOME SFR BORROWER LLC, Appellee

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1120529**

# O R D E R

Appellant's brief was due March 6, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **April 3, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM